**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **AT&T CORP.** | : | **CASE NO. 3:19cv192** |
| **Plaintiff,** | : | |
| | | **JUDGE WALTER H. RICE** |
| v. | : | |
| **J&J SCHLAEGEL, INC.** | : | |
| **Defendant.** | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator, for purposes of conducting a mediation on or after August 15, 2020.

Dated: July 10, 2020

*/s/ Walter H. Rice* (tp - per Judge Rice authorization after his review)
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT