# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| AT&T CORP., | : | Case No. 3:19-cv-192 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | (mediation referral) |
| | : | |
| J&J SCHLAEGEL INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman solely for the purpose of conducting a mediation.  The appointed Mediator shall have full authority to conduct the mediation and shall report to District Judge Walter H. Rice whether or not the mediation resulted in settlement of this case.

**IT IS SO ORDERED**.

July 14, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge
ADR Coordinator